RUPERT L. RACKLEY, as Administrator of the Estate of George N. Mathews, Deceased, v. EDITHA MATHEWS SLADE, et vir.

193 So. 70
Opinion Filed January 9, 1940

*George Simpson, Webster Wallace* and *Frank Smathers,* for Appellant;

*C. C. Youmans,* for Appellee.

PER CURIAM.—This is a companion case to that of Rupert L. Rackley as Administrator, etc., v. Louise Mathews, filed at this term of Court, and the decree herein is affirmed on authority of the opinion and judgment in that case.

So ordered.

TERRELL, C. J., BUFORD and THOMAS, J. J., concur.

WHITFIELD, J., concurs in opinion and judgment.

Justices BROWN and CHAPMAN not participating as authorized by Section 4687, Compiled General Laws of 1927, and Rule 21-A of the Rules of this Court.